IN THE UNITED STATES BANKRUPTCY COURT  20-23214
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Band Global Logistics LLC**<br><br>Debtor<br><br>**Band Global Logistics LLC**<br>Movant<br><br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No.<br><br>Chapter **7**<br><br><br><br>Related to Document No. 1 |

# NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Lawrence W Willis Esq 85299**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Lawrence W Willis Esq**
Signature
**Lawrence W Willis Esq 85299**
Typed Name
**201 Penn Center**
**Suite 310**
**Pittsburgh, PA 15235**
Address
**412-235-1721 Fax:412-542-1704**
Phone No.
**85299 PA**
List Bar I.D. and State of Admission

20-23214

American Chassis Leasing LLC
3848 Veterans Memorial Blvd
Metairie, LA 70002

Bicehouse Consulting
1887 Sandy Lake-G.C. Road
Jackson Center, PA 16133

Bonus Accounting
220 S Main St
Butler, PA 16001

Capital One
PO Box 30281
Salt Lake City, UT 84130

Capital Premium Financing
 12235 South 800 East
Draper, UT 84020

Comdata
 5301 Maryland Way
Brentwood, TN 37027

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Internet Truckstop
 222 N. New Plymouth Ave.
New Plymouth, ID 83655

Intuit Payroll
110 Juliad Ct
Fredericksburg, VA 22406

JLS Pilot Car Services
6900 Keith Bridge Rd
Gainesville, GA 30506

KeepTruckin
 55 Hawthorne St
San Francisco, CA 94105

MISTI FORD, L L C
18113 LOOKOUT LAKE CIRCLE
Flint, TX 75762

Penske Truck Leasing Corporate Headquart
2675 Morgantown Rd
Reading, PA 19607

20-23214

20-23214

Progressinve Insurance


Rapid Fire Resources Inc
 5953 Warren Rd
Cortland, OH 44410

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

Tokio Marine HCC Surety Group
801 South Figueroa St Suite 700
Los Angeles, CA 90017

Transformation Counseling Center
300 Thomson Park Dr
Cranberry Twp, PA 16066

Zoho Corporation
4141 Hacienda Drive,
Pleasanton, CA 94588

20-23214